UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Trishina Lin Jackson,   Case No. 21-47574-LSG
                        Chapter 7
         Debtor.        Hon. Lisa S. Gretchko
_____/

## ORDER APPROVING COMPROMISE

This matter came before the Court on the Trustee's Motion for Order Approving Compromise ("Motion"; ECF No. 21) of the estate's avoidance claim concerning the transfer by the Debtor of a 2015 Land Rover to Jackie Russell Jackson Jr. ("Avoidance Claim"). All interested parties were served with notice of the Motion and the deadline for responses thereto. No response was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and is sufficiently advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A. A compromise of the Avoidance Claim for $6,000 (the "Settlement Amount") is approved.

B. The Settlement Amount will be paid in consecutive monthly payments of $500 per month due on the 1st day of each month beginning April 1, 2022 and continuing until paid in full.

C.      The settlement payments will be made payable to "Mark H. Shapiro, Trustee" and delivered to Tracy M. Clark, Esq. at Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033.

D.      If any settlement payment is not timely delivered and such default is not cured within seven days after written notice of the default is sent to Jackie Russell Jackson Jr. at 16154 Raygaert Dr., Clinton Twp., MI 48038, the Trustee may file a Declaration of Default with this Court, and this order shall thereupon constitute a judgment in favor of the Trustee and against Jackie Russell Jackson Jr. for $8,000, plus interest and costs of collection, including attorney fees, and the Trustee may take collection action under Fed. R. Civ. P. 69(a) to enforce the judgment, less any payments previously made.

E.      The Settlement Amount is nonexempt property of the estate.

**Signed on April 21, 2022**



/s/ Lisa S. Gretchko
---
Lisa S. Gretchko
**United States Bankruptcy Judge**