UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Trishina Lin Jackson,                                Case No. 21-47574-LSG
                                                             Chapter 7
        Debtor.                               Hon. Lisa S. Gretchko
_____/

## DECLARATION OF DEFAULT

Chapter 7 Trustee Mark H. Shapiro as follows:

1.      I am fully competent to testify to all facts stated in this Declaration.

2.      I am the Chapter 7 Trustee for the bankruptcy estate of Trishina Lin Jackson, case no. 21-47574.

3.      This Declaration of Default relates to the Order Approving Compromise ("Compromise Order"), Docket No. 25, paragraph D.

4.      Jackie Russell Jackson Jr. is in default of the Compromise Order because he has failed to make any of the monthly payments, which were to start April 1, 2022.

5.      On May 17, 2022, my counsel issued written notice of the default (Exhibit A) to Mr. Jackson, with a copy to Debtor's attorney, giving seven days to cure the default.

6.      Under the terms of the Compromise Order, the Compromise Order now constitutes a judgment in favor of the Trustee and against Jackie Russell

Jackson Jr. in the amount of $8,000, plus interest and costs of collection, including attorney fees; and the Trustee may take collection action under Fed. R. Civ. P. 69(a) to enforce the judgment. (Doc 25, Order ¶ D).

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark H. Shapiro (P43134)
Chapter 7 Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: June 16, 2022

# EXHIBIT A

LAW OFFICES OF
# STEINBERG SHAPIRO & CLARK
25925 TELEGRAPH ROAD, SUITE 203
SOUTHFIELD, MI 48033-2527

PAUL H. STEINBERG (1948 - 2006)
MARK H. SHAPIRO
TRACY M. CLARK

Telephone: (248) 352-4700
Facsimile: (248) 352-4488

Writer's email address: clark@steinbergshapiro.com
Writer's after-hours telephone extension: 206

May 17, 2022

Jackie Jackson Jr.
16154 Raygaert Dr.
Clinton Township, MI 48038

Re:   Trishina Lin Jackson
       Chapter 7 – Case No. 21-47574-LSG
       **Default Notice**

Dear Mr. Jackson:

The Trustee has not received any payments pursuant to the Order Approving Compromise. As a reminder, the settlement amount is to be paid in consecutive monthly payments of $500 per month due on the first day of each month beginning April 1, 2022 and continuing until paid in full. Enclosed is another copy of the Order. Please forward $1,000 payable to "Mark H. Shapiro, Trustee" to cover the past due payments for April 1 and May 1.

Unless the default is cured within the next seven days, the Trustee will file a Declaration of Default with the Court and the Order will constitute a judgment against you for $8,000, plus interest and costs of collection, including attorney fees.

                            Sincerely,
                         STEINBERG SHAPIRO & CLARK

                            Tracy M. Clark

TMC/ctl
Enclosure
cc:   Mark H. Shapiro, Trustee
       Walter Metzen, Esq.