UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Trishina Lin Jackson, | Case No. 21-47574-LSG |
| | Chapter 7 |
| Debtor. | Hon. Lisa S. Gretchko |
| _____/ | |

**ORDER DIRECTING JACKIE RUSSELL JACKSON JR.
TO APPEAR FOR A CREDITOR'S EXAMINATION**

This matter came before the Court upon the Trustee's motion to compel Jackie Russel Jackson Jr. to appear for a creditors' examination ("Motion"; ECF No 33). The Trustee served the Motion and notice of the deadline for objections thereto upon Jackie Russell Jackson Jr. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Order Approving Compromise (ECF No. 25), the Trustee's Declaration of Default (ECF No. 28), the Motion and other pertinent pleadings, and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A. Jackie Russell Jackson Jr. must appear on September 21, 2022, at 10:00 a.m., at the offices of Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033 and submit to an examination under oath concerning the nature and extent of his assets. Such examination will continue thereafter from day to day until completed.

B. No later than September 16, 2022, Jackie Russell Jackson Jr. will produce to Steinberg Shapiro & Clark for inspection, copying, and use at the examination by Trustee's counsel all his current books and records setting forth the nature and extent of all of his assets, including, but not limited to, the following:

1. Pay stubs or other proof of earnings for the past 24 months;

2. Complete copies of federal and state individual income tax returns for 2019, 2020, and 2021;

3. Certificates of title for titled assets, including vehicles, boats, and mobile homes;

4. Check books, check registers, bank deposit books, bank statements, deposit slips, withdrawal slips, and canceled checks pertaining to all bank accounts for the period January 1, 2021 to the present date;

5. Statements for all bonds, stock certificates, brokerage accounts, and credit card accounts for the period January 1, 2021 to the present date;

6. All leases, mortgages, deeds, and contracts to which Jackie Russell Jackson Jr. was a party for the period January 1, 2021 to the present date;

7. Life insurance policies that are owned by Jackie Russell Jackson Jr. or insuring the life of Jackie Russell Jackson Jr.;

8. Current property tax statements;

9. Asset appraisals;

10. Divorce judgments and property settlement agreements;

11. All records evidencing, relating to, or referring to all transfers of real and personal property to a third party within the last six years;

12. Statements from creditors reflecting the balances owed on mortgages, mobile homes, and vehicles;

13. Retirement plan statements, including, but not limited to, 401(k) plans, individual retirement accounts, and stock savings plans; and

14. All financial statements prepared by or on behalf of Jackie Russell Jackson Jr. within the last three years.

**Signed on September 12, 2022**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko
United States Bankruptcy Judge**