| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF MICHIGAN | EXECUTION<br>AGAINST PROPERTY | CASE NO. 21-47574-LSG<br>JUDGE Lisa S. Gretchko |
|---|---|---|

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Mark H. Shapiro, Trustee, in his capacity as Trustee<br>for the Estate of Trishina Lin Jackson<br>c/o Anthony Wayne Kahn (P41258)<br>33110 Grand River Ave.<br>Farmington, MI 48336<br>(248) 442-2322 | v | Jackie Russell Jackson Jr.<br>16154 Raygaert Dr.<br>Clinton Twp, MI 48038 |

### REQUEST AND VERIFICATION

1. On April 21, 2022, an Order Approving Compromise was entered by this Court, upon which Jackie Russell Jackson Jr. subsequently defaulted, and a declaration to that effect was filed by the Chapter 7 Trustee on June 16, 2022.

Amount of judgment $8,000.00
Interest to this date $153.69
Post judgment costs  No post-judgment costs have been incurred as of yet. However, Trustee has retained counsel on a 33.33% contingency basis. If $8,153.69 is collected by way of this Writ, Trustee's costs will be in the amount of $2,666.67.
Total $8,153.69    Less credits received $0.00    Total balance due $8,153.69

2. The plaintiff requests the Court issue a writ of execution against the property of the following defendant(s):
Jackie Russell Jackson Jr.

I declare that the statements above are true to the best of my information, knowledge and belief.

Date: 10/12/2022

_____
Plaintiff/Attorney signature

33110 Grand River Ave, Farmington, MI 48336    (248) 442-2322
Address    City    State    ZIP    Telephone No.

### WRIT

TO ANY SHERIFF, DEPUTY SHERIFF, OR DEPUTY U.S. MARSHAL: **IN THE NAME OF THE PEOPLE OF THE UNITED STATES OF AMERICA, YOU ARE HEREBY COMMANDED:**

1. Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
2. Seize and sell, according to law, so much from the personal property of defendant(s) Jackie Russell Jackson Jr. not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
3. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell so much of the real property of defendant(s) not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
4. Collect from sale of such property sufficient monies to pay all of your charges and fees to which you are entitled.
5. After service of this writ, make proper return in not less than 20 days, nor more than 90 days, from the date of receipt.

Date: _____

_____
Clerk of the United States Bankruptcy Court

### ENDORSEMENT

I certify that I received this writ of execution on _____ at _____
                                                       Date                  Time

_____
Deputy Sheriff/Deputy U.S. Marshal

INT-0128-MIE-11/91                                                                                                    PAGE ONE OF TWO

## CERTIFICATE OF WRIT OF EXECUTION SATISFIED IN FULL/IN PART

I certify, under penalty of contempt of court, that I have levied and collected from the defendant(s), in full/in part with interest and costs, as I was ordered,

☐ the amount of judgment.

☐ the property of claim and delivery judgment.

Balance due $ _____

    Execution fee $ _____

    Statutory collection fee $ _____

    Service and posting $ _____

    Mileage _____ miles $ _____

Total collection fees $ _____
(Subtotal) $ _____

Amount collected $ _____

Uncollected balance $ _____

Date: _____     _____
                                                                                                Deputy Sheriff/Deputy U.S. Marshal

## CERTIFICATE OF WRIT OF EXECUTION UNSATISFIED

I certify, under penalty of contempt of court, that after diligent search, no personal or real property of the defendant(s) could be found on which to levy the specified balance due.

Date: _____     _____
                                                                                                Deputy Sheriff/Deputy U.S. Marshal