UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Trishina Lin Jackson,   Case No. 21-47574-LSG
                        Chapter 7
       Debtor.   Hon. Lisa S. Gretchko
_____/

**STATEMENT OF CONSENT TO ENTRY OF ORDER
APPROVING TRUSTEE'S EMPLOYMENT OF SPECIAL COUNSEL**

The Office of the U.S. Trustee consents to the entry of an order approving the Trustee's employment of the Law Office of Anthony Wayne Kahn as special counsel as requested in the application filed at doc. # 38.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        Region 9


        /s/ with consent Ronna G. Jackson
        Trial Attorney
        Office of the U.S. Trustee
        211 West Fort Street - Suite 700
        Detroit, Michigan 48226
        (313) 224-7934
        Ronna.G.Jackson@usdoj.gov

Date: November 4, 2022